IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-337-BR

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SOUTHEASTERN CONCRETE PRODUCTS OF FAYETTEVILLE, LLC<br>    Plaintiff, | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| INTERSTATE CONCRETE OF NC, INC., Q.B.S., INC., and FEDERAL INSURANCE COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>) |
| and | )<br>) |
| RICKY WEAVER,<br>    Third-Party Defendant. | )<br>) |

**CONSENT JUDGMENT**

    **NOW COMES** Defendant Interstate Concrete of NC, Inc. ("Defendant Interstate") herein having settled and compromised; and Defendant Interstate having offered to allow a judgment to be taken against it in favor of Defendants Q.B.S., Inc. and Federal Insurance Company ("QBS and Federal") and said judgment to be entered as set forth herein. The parties and respective counsels for said parties having agreed to the outlined judgment in full settlement of the claims asserted herein; and good cause appearing;

    NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED, that QBS and Federal have and recover judgment against Defendant Interstate in the amount of Eighty-Five Thousand and xx/100 Dollars ($85,000.00), with interest at the rate of 8% per annum thereafter until paid in full. The court finds that there is no just reason for delay for entry of this judgment.

    This 19 October 2011.

                                                                      W. Earl Britt
                                                                      Senior U.S. District Judge

**CONSENTED TO:**

  /s/ Walter Schmidlin (with permission)
Walter Schmidlin, Esq.
STEWART AND SCHMIDLIN, PLLC
Walter a. Schdmilin, III
P.O. Drawer 120
Smithfield, NC 27577
Telephone: (919) 989-9258


  /s/ John M. Sperati
John M. Sperati, Esq.
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, L.L.P.
Attorneys for Defendants Q.B.S., Inc.
and Federal Insurance Company
Post Office Box 26268
Raleigh, North Carolina 27611
Telephone: (919) 250-2000
Fax: (919) 250-2211
jsperati@smithdebnamlaw.com